```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 09687
    RYAN J YOUNG
    LATONYA YOUNG                          CHAPTER 13

                                           JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-1366      SSN XXX-XX-1036
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/19/08 .

2. The case was dismissed without confirmation, 08/01/2008.

3. The Debtor paid a total of $ 4515.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME LOAN SERVICES INC | CURRENT MORTG | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | 300.00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| BYL AGENCY LTD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ISM EDUCATIONS LOANS INC | UNSECURED | NOT FILED | .00 | .00 |
| ISM EDUCATIONS LOANS INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE CYCL | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNIVERSITY OF PHOENIX | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 300.00 | .00 | .00 | .00 | 300.00 |

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                    300.00          .00          .00          .00       300.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3500.00 and was paid $     16.00  direct and $   2737.95  through the plan.

The Trustee received $     187.05 .

Refunds to the Debtor totaled $   1290.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                      /S/
                                         GLENN STEARNS
                                       CHAPTER 13 TRUSTEE